JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA ex rel. ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES, CORRECTIONAL HEALTH SERVICES; and DOES 1 to 50, inclusive,**<br><br>Defendants. | **Case No. 2:25-cv-09765-MWF-Ex**<br><br>Removed from Superior Court of the State of California, County of Los Angeles, Case No. 25STCV26152<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Action Filed: September 8, 2025<br>Removed:     October 10, 2025 |

Having read and considered the parties' Joint Stipulation to Remand this Case to the Los Angeles County Superior Court (Docket No. 15), which sets forth the parties' agreement that the First Amended Complaint does not assert any claims that arise under the "Constitution, laws, or treaties of the United States" for purposes of federal question subject matter jurisdiction under 28 U.S.C. § 1331 and that there is no other basis for continuing federal jurisdiction in this case, and

having read and considered the First Amended Complaint, which does not give rise to continuing federal court jurisdiction under *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 25–26, 39 (2025), the Court hereby **ORDERS** as follows:

1. This action is **REMANDED** to the Superior Court of California, County of Los Angeles, where it is docketed as *The People of the State of California ex rel. Rob Bonta, Attorney General of the State of California v. County of Los Angeles et al.*, Case No. 25STCV26152;

2. All deadlines, hearings, and other dates in this matter are **VACATED**, and the Clerk of the Court shall close the matter, with each party to bear its own attorneys' fees and costs in connection with this federal proceeding.

**IT IS SO ORDERED.**

Dated: December 31, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge